IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

CARTIER INTERNATIONAL, N.V.,
CARTIER CREATION STUDIOS, S.A., and
CARTIER, a division of RICHEMONT NORTH
AMERICA, INC.

                              Plaintiffs,                Civil Action No.

                                                   09-CV-1265 (WHP)

                         v.

ILS HOLDINGS, LLC d/b/a SWISS
WATCH INTERNATIONAL d/b/a
WORLDOFWATCHES.COM and JOHN
DOES 1-20

                              Defendants.

-----------------------------------------------------------x



### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

       Please take notice that Robert M. Wasnofski, Jr. of Dorsey & Whitney LLP has been substituted as counsel for Cartier International, N.V., Cartier Creation Studios, S.A. and Cartier, a division of Richemont North America, Inc. in place of Milton Springut and Tal S. Benschar of Kalow & Springut LLP, and that Kalow & Springut hereby withdraws as counsel in this action. There is no scheduled trial date in this action.

Dated: December 14, 2009                Respectfully submitted,

                                                    Robert M. Wasnofski, Jr.
                                                   DORSEY & WHITNEY LLP
                                                    250 Park Avenue
                                                    New York, New York 10177

                                                    Attorneys for Plaintiffs

## CONSENT

The undersigned acknowledge and consent to this substitution of counsel and hereby withdraw as counsel of record in this action.

Dated: December 11, 2009

By: _____
Milton Springut
Tal S. Benschar
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022

**SO ORDERED:**

_____
WILLIAM H. PAULEY III
U.S.D.J.   12/30/09